IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS COLANGELO** | : | **CIVIL ACTION** |
| v. | : | |
| **UNITED STATES** | : | **NO. 18-4574** |

FILED
OCT 31 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**NOW**, this 30th day of October, 2018, upon consideration of *pro se* Plaintiff Nicholas Colangelo's Motion for Leave to Proceed *In Forma Pauperis* (Document No. 5) and *pro se* Complaint (Document No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is deemed filed;

3. The Complaint is **DISMISSED without prejudice**;

4. Colangelo is granted leave to file an amended complaint within thirty (30) days of the date of this Order in the event he can demonstrate that he exhausted his FTCA claim;

5. The amended complaint must also set forth Colangelo's allegations to show that he filed his claim with the Veterans Affairs;

6. Upon the filing of an amended complaint, the Clerk of Court shall not make service until ordered by the Court.

7. The Clerk of Court is **DIRECTED** to provide Colangelo a blank copy of this

Court's current standard form to be used by a *pro se* litigant filing a civil action bearing this civil action number. Colangelo may use this form to file his amended complaint.

　　　　　　　　　　　　　　　　　/s/ Timothy J. Savage
　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.